UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | ) | MISC. NO. 1:07 MJ _22_ |
| B & R STONE | ) | |
| 3065 JAMESTOWN ROAD | ) | UNDER SEAL |
| MORGANTON, NORTH CAROLINA | ) | |

## ORDER

This matter having come before the Court pursuant to a motion by the United States to seal the affidavit in support of the Application for Search Warrant in this matter, and the Court having found good cause to grant such motion, it is hereby

**ORDERED**, that the affidavit in support of the Application for Search Warrant in this matter, as well as the Government's Motion to Seal, are **SEALED** until further order of the Court.

**IT IS SO ORDERED** this ___28th___ day of February, 2007.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE